

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# BUTTE DIVISION

| | |
|---|---|
| RONALD O. LATRAY,<br><br>        Plaintiff,<br><br>vs.<br><br>KATIE DONATH, STEVE ETA, JACK HARRINGTON,<br><br>        Defendants. | No. CV 06-03-BU-SEH<br><br>**ORDER** |

On June 18, 2007, United States Magistrate Judge Keith Strong entered Findings and Recommendation[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Strong's Findings and Recommendation for clear error.

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and

---

[1] Docket No. 11.

-1-

Recommendation and adopt them in full.

ORDERED:

1. Plaintiff's Complaint[2] and Supplement[3] are DISMISSED WITH PREJUDICE for failure to state a claim on which relief may be granted.

2. The filing of this action counts as one strike for failure to state a claim. 28 U.S.C. § 1915(g).

3. Any appeal from this disposition will not be taken in good faith. Fed. R. App. P. 24(a)(4)(B).

DATED this 16th day of July, 2007.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 3.

[3] Docket No. 7.